Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SIMON J. BURCHETT PHOTOGRAPHY, INC., Plaintiff, | : | ECF Case |
| -against- | : | Case No. 1:21-cv-7116-PAC |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, Defendant. | : | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: September 17, 2021
New York, New York

**GARBARINI FITZGERALD P.C.**

Richard M. Garbarini
Richard M. Garbarini